# Court of Appeals
# of the State of Georgia

ATLANTA,___May 18, 2012____

*The Court of Appeals hereby passes the following order:*

**A12D0386.  BERNARD GREEN v. THE STATE.**

Bernard Green was convicted of the felony murder of his wife.  The Supreme Court affirmed his conviction on appeal.  *Green v. State*, 266 Ga. 758 (470 SE2d 884) (1996).  Green subsequently filed an extraordinary motion for new trial, which the trial court denied.  He now seeks discretionary review of the trial court's ruling.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  See Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 567 (722 SE2d 765) (2012) (Hunstein, J., concurring). Accordingly, Green's application for discretionary review is hereby TRANSFERRED to the Supreme Court for disposition.





*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/18/2012____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*